IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WALTER HOLLOWAY, | |
| Plaintiff, | 8:24CV249 |
| vs. | |
| MATTHEW PLACZEK, | MEMORANDUM AND ORDER |
| Defendant. | |

On July 10, 2024, the Court ordered Plaintiff to pay the $405.00 filing and administrative fees or file a signed request for leave to proceed in forma pauperis that complies with the terms of 28 U.S.C. § 1915 within 30 days or face dismissal of this action.  Filing No. 7.  To date, Plaintiff has not paid the fees or submitted a request for leave to proceed in forma pauperis in compliance with 28 U.S.C. § 1915.  Rather, on August 16, 2024, Plaintiff filed correspondence consisting of a copy of the Notice of Electronic Filing of the Court's Pro Se General Order 2022-04, Filing No. 3, with Plaintiff's nonsensical handwritten notations.  Filing No. 8.  While one portion of Plaintiff's correspondence is labeled "Forma Pauperis," Plaintiff only appears to list supposed "costs" for "Judge," "Bailiff," "Clerk," "Rent a Court Room," and "Audio Equipment," Filing No. 8 at 2, and his correspondence in no way constitutes "an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor," 28 U.S.C. § 1915(a)(1). Accordingly,

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders.  The Court will enter judgment by a separate document.

2

Dated this 23rd day of August, 2024.

BY THE COURT:

*[signature: Joseph F. Bataillon]*

Joseph F. Bataillon
Senior United States District Judge